NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERCEPT TECHNOLOGIES INC.,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-2370

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00494.

---

**JUDGMENT**

---

MARK MAGAS, Dunlap Bennett & Ludwig PLLC, Chicago, IL, argued for appellant. Also represented by WILLIAM W. FLACHSBART, ROBERT GREENSPOON.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.   Also represented by ROBERT J. MCMANUS, BRIAN RACILLA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE and PROST, *Circuit Judges*, and SUBRAMANIAN, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2026
Date

Jarrett B. Perlow
Clerk of Court

————————————

[1]   Honorable Arun Subramanian, District Judge, United States District Court for the Southern District of New York, sitting by designation.